IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANK JOSEPH SCHWINDLER, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY C. DOZIER, in his official capacity as Commissioner of the Georgia Department of Corrections, <br><br> Defendant. | NO. 1:11-CV-1276-TCB |

## CONSOLIDATED PRETRIAL ORDER

1. There are no motions or other maters pending for consideration by the court except as noted:

   On March 13, 2017, Defendant Gregory C. Dozier, in his official capacity as Commissioner of the Georgia Department of Corrections, filed a Motion to Abstain Pending Resolution of Plaintiff's Habeas Case. On March 31, 2017, Plaintiff Frank Schwindler opposed that Motion. Further, on March 27, 2017, the Court transferred two motions filed in Mr. Schwindler's habeas case (No. 1:16-CV-1845) to this docket, which remain pending. Those motions seek an order restraining the State of Georgia from transferring Mr. Schwindler during the pendency of his federal habeas action and an order staying the Gwinnett County state habeas proceeding. Finally, the parties

1

other parties estimate that it will require __N/A__ days to present their evidence. It is estimated that the total trial time is __2__ days.

29. IT IS HEREBY ORDERED that the above constitutes the pretrial order for the above captioned case (__X__) submitted by stipulation of the parties or (____) approved by the court after conference with the parties.

IT IS FURTHER ORDERED that the foregoing, including the attachments thereto, constitutes the pretrial order in the above case and that it supersedes the pleadings which are hereby amended to conform hereto and that this pretrial order shall not be amended except by Order of the court to prevent manifest injustice. Any attempt to reserve a right to amend or add to any part of the pretrial order after the pretrial order has been filed shall be invalid and of no effect and shall not be binding upon any party or the court, unless specifically authorized in writing by the court.

IT IS SO ORDERED this __31st__ day of __March__, 20__17__.

_____
UNITED STATES DISTRICT JUDGE

Each of the undersigned counsel for the parties hereby consents to entry of the foregoing pretrial order, which has been prepared in accordance with the form pretrial order adopted by this court.

__/s/Merritt E. McAlister__

Merritt E. McAlister
Counsel for Plaintiff

__/s/Ellen Cusimano__

Ellen Cusimano
Counsel for Defendant

11