UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANK JOSEPH SCHWINDLER, | ) Civil Action No.: 1:11-CV1276-TCB |
| Plaintiff, | ) |
| v. | ) |
| GREGORY C. DOZIER, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Frank Joseph Schwindler and Defendant Gregory C. Dozier, in his official capacity as Commissioner of the Georgia Department of Corrections, through counsel, stipulate that the above-styled action, including all claims asserted or that could have been asserted therein, be dismissed with prejudice. The parties shall bear their own costs.

Respectfully submitted this 18th day of May, 2017.

/s/Merritt E. McAlister
Merritt E. McAlister
Christopher R. Healy
   *Pro hac vice pending*
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone (404) 572-4600
Facsimile: (404) 572-5100
mmcalister@kslaw.com

chealy@kslaw.com

*Counsel for Plaintiff*

/s/Ellen Cusimano
Roger A. Chalmers
Assistant Attorney General
Ellen Cusimano
Assistant Attorney General
Department of Law,
State of Georgia
40 Capital Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 463-8850
Facsimile: (404) 651-5304
rchalmers@law.ga.gov
ecusimano@law.ga.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANK JOSEPH SCHWINDLER, | ) Civil Action No.: 1:11-CV1276-TCB |
| Plaintiff, | ) |
| v. | ) |
| GREGORY C. DOZIER, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017 I electronically filed this **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorney of record listed below:

Roger A. Chalmers
Assistant Attorney General
Ellen Cusimano
Assistant Attorney General

/s/Merritt E. McAlister
Merritt E. McAlister